IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BRIAN RAY BROWN, #214302**                                                                **PETITIONER**

**v.**                                                                **CIVIL ACTION NO. 1:21-cv-61-TBM-RPM**

**ANDREW MILLS,** *Superintendent*                                                                **RESPONDENT**

## FINAL JUDGMENT

Pursuant to the Order dismissing this habeas civil action without prejudice issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this civil action is DISMISSED WITHOUT PREJUDICE.

SO ORDERED, this the 25th day of February, 2022.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE