**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**BRIAN RAY BROWN, #214302**                                                                **PETITIONER**

**v.**                                                              **CIVIL ACTION NO. 1:21-cv-61-TBM-RPM**

**ANDREW MILLS,** *Superintendent*                                                          **RESPONDENT**

**CERTIFICATE OF APPEALABILITY - DENIED**

A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, this Court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that a Certificate of Appealability should not issue. The applicant has failed to make a substantial showing of the denial of a constitutional right.

THIS, the 25th day of February, 2022.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE
